FILED
CLERK, U.S. DISTRICT COURT

MAR 1 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN ~~~~~~ BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Davis Allen<br>DEFENDANT(S). | CASE NUMBER<br>ED 11 MJ 62<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __3-4-11__, ____, at __11:30__ ☐ a.m. / ☒ p.m. before the Honorable __OSWALD PARADA__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3-1-11__

_____
U.S. District Judge/Magistrate Judge